# UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ALABAMA
## NORTHEASTERN DIVISION

| | |
|---|---|
| TIMOTHY WAYNE BROWN, ) | |
| ) | |
| Petitioner, ) | |
| ) | |
| v. ) | Case No. 5:21-cv-1666-MHH-GMB |
| ) | |
| KATHERINE IVEY, *et al.*, ) | |
| ) | |
| Respondents. ) | |

## **MEMORANDUM OPINION AND ORDER**

On May 26, 2022, the Magistrate Judge entered a report in which he recommended that the Court dismiss Timothy Wayne Brown's petition for writ of habeas corpus with prejudice because Mr. Brown's petition is untimely. (Docs. 1, 12). The Magistrate Judge also recommended that the Court deny a motion in which Mr. Brown challenges the constitutionality of AEDPA based on the one-year time limit that restricts access to a writ of habeas corpus, (Doc. 9). The Magistrate Judge advised the parties of their right to file written objections to his report, (Doc. 12, pp. 13-14); the Court has not received objections.

Having reviewed the record, the Court adopts the Magistrate Judge's report and accepts his recommendation. Consistent with that recommendation, by separate order, the Court will dismiss Mr. Brown's petition for writ of habeas corpus with

prejudice because the petition is untimely. The Court denies Mr. Brown's motion to declare AEDPA unconstitutional.

A district court may issue a certificate of appealability "only if the applicant has a made a substantial showing of the denial of a constitutional right." 28 U.S.C. 2253(c)(2). To make such a showing, a "petitioner must demonstrate that reasonable jurists would find the district court's assessment of the constitutional claims debatable or wrong," *Slack v. McDaniel*, 529 U.S. 473, 484 (2000), or that "the issues presented were adequate to deserve encouragement to proceed further." *Miller-El v. Cockrell*, 537 U.S. 322, 336 (2003) (internal quotations omitted). Mr. Brown's claims do not satisfy either standard. Therefore, the Court will not issue a certificate of appealability. If Mr. Brown wishes to appeal, he must request a certificate of appealability from the Eleventh Circuit Court of Appeals.

**DONE** and **ORDERED** this June 29, 2022.

_____
**MADELINE HUGHES HAIKALA**
UNITED STATES DISTRICT JUDGE